■ FAYE H. DANNICK, Individually and as Executrix of

LIONEL I. DANNICK, Deceased, Appellant, v COUNTY OF ONON-DAGA et al., Respondents. (Appeal No. 2.) [595 NYS2d 709] — Appeal unanimously dismissed without costs (see, Hughes v Nussbaumer, Clarke & Velzy, 140 AD2d 988; Chase Manhattan Bank v Roberts & Roberts, 63 AD2d 566, 567; see also, CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Onondaga County, Nicholson, J.—Negligence.) Present—Denman, P. J., Green, Balio, Doerr and Boehm, JJ.